UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER C HAYWARD, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MPARTICLE INC, et al.,<br><br>        Defendants. | Case No. 25-cv-03551-JD<br><br>**ORDER RE TRANSFER** |

For the reasons stated in the bench ruling, the case is transferred to the United States District Court for the Southern District of New York.

**IT IS SO ORDERED.**

Dated: September 18, 2025

JAMES DONATO
United States District Judge